# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States Chief Judge Presiding

| Courtroom Deputy - SLT<br>Courtroom - RC #1 | Court Reporter – Sheri Not Help Him<br>Date – 9/16/2019 |
|---|---|
| 5:17-cr-50033-01 ||
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Stanley Patrick Weber<br><br>Defendant. | Sarah Collins and Eric Kelderman<br><br><br><br><br><br>Phillip Stiles and Harvey Steinberg |

TIME HEARING SCHEDULED TO BEGIN: 9:00 a.m.

TIME:

9:10 a.m.   Enter pretrial conference before the Honorable Jeffrey L. Viken, United States Chief Judge, presiding.

The Court notes the appearances of counsel and the defendant.

The Court and counsel review trial procedures.

Oral Motion by the defense for juror questionnaires.

Oral Order granting Oral Motion for juror questionnaires.

Ms. Collins requests 2 alternate jurors.

Mr. Steinberg does not objection.

The Court will seat 32 jurors for voir dire.

Enter Sequestration Order.

The Court reviews and rules on motion in limine.

| | |
|---|---|
| 11:07 a.m. | Court in recess until 11:25 a.m. |
| 11:26 a.m. | Court resumes. |
| | The Court reviews and rules on proposed jury instructions. |
| | Counsel have nothing further. |
| 11:54 a.m. | Court adjourned. |