# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States Chief Judge Presiding

| Courtroom Deputy - SLT | Court Reporter – Sheri Not Help Him |
|---|---|
| Courtroom - RC #1 | Date – 9/23/2019 – 10/1/2019 |

5:17-cr-50033-01

| United States of America | Sarah Collins and Eric Kelderman |
|---|---|
| Plaintiff, | |
| vs. | |
| Stanley Patrick Weber | Shane Pullman, Harvey Steinberg, and Ryan Cox |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:00 a.m.

TIME:

**Monday, September 23, 2019**

| | |
|---|---|
| 9:02 AM | Enter Jury Trial proceedings |
| | Voir dire |
| 11:55 AM | Trial resumes at 1:30 p.m. |
| 1:31 PM | Trial resumes |
| | Voir dire continues |
| | Jury Instructions read |
| 5:12 PM. | Trial resumes at 9:00 a.m. |

**Tuesday, September 24, 2019**

| | |
|---|---|
| 8:53 AM | Trial resumes |

|           |                                 |
|-----------|---------------------------------|
|           | Opening statements              |
|           |                                 |
|           | Witnesses:                      |
|           | Fred Bennett                    |
|           | D.J.M                           |
| 12:01 PM  | Court in recess                 |
| 1:33 PM   | Trial Resumes                   |
|           |                                 |
|           | Witnesses:                      |
|           | D.J.M.                          |
|           | P.T.B                           |
|           | F.G.                            |
| 5:19 PM   | Trial resumes at 9:00 AM        |

### Wednesday, September 25, 2019

|           |                                 |
|-----------|---------------------------------|
| 8:58 AM   | Trial resumes                   |
|           |                                 |
|           | Witnesses:                      |
|           | F.G.                            |
|           | E.H.H.                          |
| 12:01 PM  | Court in recess                 |
| 1:30 PM   | Trial resumes                   |
|           |                                 |
|           | Witnesses:                      |
|           | E.H.H.                          |
|           | F.S.E.                          |
|           | R.F.H.                          |
|           | G.R.C.                          |
|           | Evelyn Weston                   |
| 4:56 PM   | Trial resumes at 9:00 AM.       |

### Thursday, September 26, 2019

|           |                                 |
|-----------|---------------------------------|
| 9:02 AM   | Trial resumes                   |
|           |                                 |
|           | Witnesses:                      |
|           | Fonda Twiss                     |
|           | Jacklyn Miller                  |

|         |                                       |
|---------|---------------------------------------|
|         | David Janis                           |
|         | Joe Guttierez                         |
|         | Floydine Two Bulls                    |
|         | Lionel Weston                         |
|         | Curt Muller                           |
| 11:50 AM | Court in recess                      |
| 1:30 PM | Trial Resumes                         |
|         | Witness:                              |
|         | Curt Muller                           |
|         | Government rests                      |
|         | Defense rests                         |
| 5:15 PM | Trial resumes at 9:00 AM              |

### Friday, September 27, 2019

| | |
|---|---|
| 9:00 AM | Trial resumes |
| | Closing arguments |
| 10:53 AM | Jury begins deliberations |
| 2:14 PM | Jury Question |
| 2:17 PM | Court's response delivered |
| 3:18 PM | Jury returns verdict |
| 3:29 PM | Court adjourned |