# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## WESTERN DIVISION

Jeffrey L. Viken United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLT | Court Reporter – Sheri Not Help Him |
| Courtroom - RC #1 | Date – 2/10/2020 |
| U.S. Probation Officer – Diana Lieseth | |

5:17-cr-50033-01

| | |
|---|---|
| United States of America | Sarah Collins and Eric Kelderman |
| Plaintiff, | |
| vs. | |
| Stanley Patrick Weber | Ryan Cox, Harvey Steinberg, and Shane Pullman |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 PM

TIME:
1:31 PM    Enter contested sentencing hearing

Sentence:

Count 2: life imprisonment consecutive to counts 3-5, 7-8, and 10-11 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

Count 3: life imprisonment consecutive to counts 2, 4-5, 7-8, and 10-11 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

Count 4: life imprisonment consecutive to counts 2-3, 5, 7-8, and 10-11 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

Count 5: life imprisonment consecutive to counts 2-3, 4, 7-8, and 10-11 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

Count 7: 15 years imprisonment consecutive to counts 2-3, 4-5, 8, and 10-11 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

Count 8: 15 years imprisonment consecutive to counts 2-3, 4-5, 7, and 10-11 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

Count 10: 15 years imprisonment consecutive to counts 2-3, 4-5, 7-8, and 11 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

Count 11: life imprisonment consecutive to counts 2-3, 4-5, 7-8, and 10 and consecutive to the sentence in the District of Montana case number 4:18-cr-00014, lifetime supervised release, $100,000 fine, $100 VAF, Restitution Deferred

3:17 PM    Court adjourned